# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ARACELI HARDING**                                                                                      **PLAINTIFF**

**v.**                                         **Case No. 4:23-cv-00566-KGB**

**LASTASHA HENDERSON**                                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Araceli Harding's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied.

So adjudged this 4th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge